

Douglas B. Lipsky - Partner

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main:  212.392.4772
Direct:  212.444.1024
Fax:  212.444.1030
doug@lipskylowe.com

www.lipskylowe.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2020

October 27, 2020

VIA ECF
The Honorable John P. Cronan, U.S.D.J.
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Nisbett v. Hemped NYC LLC, et al., 1:20-cv-2256 (JPC)

Dear Judge Cronan:

      This firm represents Plaintiff Kareem Nisbett in this website accessibility case under the Americans with Disabilities Act, New York State Human Rights Law and New York City Human Rights Law. We respectfully request a 30-day adjournment of the November 4, 2020, 12:00 p.m., Initial Pretrial Conference.

      Defendants were served with the Summons and Complaint on April 6, 2020, making their responsive pleading due by April 27. However, no attorney representing the Defendants has contacted this firm nor filed a Notice of Appearance. This is likely because they were served via the Secretary of State, as a delay sometimes occurs between a company being served under this method and receiving notice of being served. Because of this likelihood and to conserve judicial resources, Plaintiff makes this request to adjourn the conference.

      This is the first request to adjourn this conference. The adjournment, if granted, would not affect any other deadlines or conferences.

      We appreciate the Court's consideration of this request.

Respectfully submitted,
LIPSKY LOWE LLP

s/ Douglas B. Lipsky
Douglas B. Lipsky

It is hereby ORDERED that Plaintiff's request is GRANTED. The November 4, 2020 Initial Pretrial Conference is hereby adjourned to December 9, 2020 at 12:00 p.m.  The parties shall have until December 2, 2020 to submit the letter outlined in the Court's October 5, 2020 letter.  (*See* Dkt. 12.)

SO ORDERED.

Date:   October 29, 2020
        New York, New York

_____
JOHN P. CRONAN
United States District Judge