

Douglas B. Lipsky - Partner

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main:  212.392.4772
Direct:  212.444.1024
Fax:  212.444.1030
doug@lipskylowe.com

www.lipskylowe.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2020

December 2, 2020

VIA ECF
The Honorable John P. Cronan, U.S.D.J.
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: Nisbett v. Hemped NYC LLC, et al., 1:20-cv-2256 (JPC)

Dear Judge Cronan:

  This firm represents Plaintiff Kareem Nisbett in this website accessibility case under the Americans with Disabilities Act, New York State Human Rights Law and New York City Human Rights Law. We respectfully request a 30-day adjournment of the December 9, 12:00 p.m., Initial Pretrial Conference.

  As background, Defendants' responsive pleading was due by April 27, but no attorney representing the Defendants has contacted this firm nor filed a Notice of Appearance. This is likely because they were served via the Secretary of State, as a delay sometimes occurs between a company being served under this method and receiving notice of being served. Given this, Plaintiff requested and the Court granted an adjournment of the November 4 Initial Pretrial Conference.

  To date, Plaintiff has not heard from Defendants. Before initiating default judgment proceedings, Plaintiff respectfully requests one more adjournment of the conference, during which time Defendants will hopefully retain counsel.

  This is the second request to adjourn this conference. The adjournment, if granted, would not affect any other deadlines or conferences.

  We appreciate the Court's consideration of this request.

Respectfully submitted,
LIPSKY LOWE LLP

s/ Douglas B. Lipsky
Douglas B. Lipsky

---

It is hereby ORDERED that Plaintiff's request is GRANTED. The December 9, 2020 Initial Pretrial Conference is hereby ADJOURNED to January 5, 2021 at 10:30 a.m. The parties shall have until December 29, 2020 to submit the letter outlined in the Court's October 5, 2020 letter. (*See* Dkt. 12.)

SO ORDERED.

Date: December 2, 2020
   New York, New York

*[signature: John P. Cronan]*
JOHN P. CRONAN
United States District Judge