UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREEM NISBETT, Individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEMPED NYC, LLC,<br><br>Defendant. | ECF CASE<br><br>No.: 1:20-cv-02256-JPC |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

With Defendant having not filed an Answer or a Summary Judgment Motion, Plaintiff hereby voluntarily dismisses this action without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) and shall bear his own fees and costs.

Dated: December 29, 2020
　　　　New York, New York

　　　　　　　　　　　　　　　　s/ Christopher H. Lowe
　　　　　　　　　　　　　　　　Christopher H. Lowe
　　　　　　　　　　　　　　　　LIPSKY LOWE LLP
　　　　　　　　　　　　　　　　420 Lexington Avenue, Suite 1830
　　　　　　　　　　　　　　　　New York, New York 10170-1830
　　　　　　　　　　　　　　　　chris@lipskylowe.com
　　　　　　　　　　　　　　　　212.392.4772
　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*